**FILED**

JUN 14 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| SYLVIA JURGELEWICZ, derivatively on behalf of STILLWATER MINING COMPANY, and individually on behalf of herself and all other similarly situated shareholders of STILLWATER MINING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS R. MCALLISTER, CRAIG L. FULLER, STEVEN S. LUCAS, MICHAEL SCHIAVONE, PATRICK M. JAMES, MICHAEL S. PARRETT, SHERYL K. PRESSLER, GEORGE M. BEE and GARY M. SUGAR,<br><br>Defendants,<br><br>and<br><br>STILLWATER MINING COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | CV 13-47-BLG-SEH<br><br>ORDER |

Defendants Francis R. McAllister, Craig L. Fuller, Steven S. Lucas, Michael Schiavone, Patrick M. James, Michael S. Parrett, Sheryl K. Pressler, George M. Bee, and Gary M. Sugar ("Individual Defendants") have moved for orders allowing Samuel B. Isaacson and Tomas M. Thompson, Esq. to appear *pro hac vice* in this case with John G. Crist, Esq. of Crist, Krogh & Nord, LLC, Billings, Montana, designated as local counsel. Mr. Isaacson's and Mr. Thompson's applications appear to be in compliance with L.R. 83.1(d).

ORDERED:

Individual Defendants' motions to allow Mr. Isaacson and Mr. Thompson to appear on their behalf[1] are GRANTED subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel. Mr. Isaacson or Mr. Thompson, but not both, may be designated as co-lead counsel with Mr. Crist;

2. Mr. Isaacson and Mr. Thompson must do their own work. They must do their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and, if designated as co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs, and other documents served or filed; and

4. Admission is personal to Mr. Isaacson and Mr. Thompson; it is not an

---

[1] Documents No. 28, 34.

admission of the DLA Piper LLP law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Isaacson and Mr. Thompson, within fifteen (15) days from the date of this Order, file acknowledgments and acceptances of their admission under the terms set forth above.

DATED this 14th day of June, 2013.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge