# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| SYLVIA JURGELEWICZ, derivatively on behalf of STILLWATER MINING COMPANY, and individually on behalf of himself and all other similarly situated shareholders of STILLWATER MINING COMPANY.<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS R. MCALLISTER, CRAIG L. FULLER, STEVEN S. LUCAS, MICHAEL SCHIAVONE, PATRICK M. JAMES, MICHAEL S. PARRETT, SHERYL K. PRESSLER, GEORGE M. BEE, and GARY M. SUGAR,<br><br>Defendants,<br><br>and<br><br>STILLWATER MINING COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | Civil Action No. 1:13-cv-00047-SEH |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

WHEREAS, on August 6, 2013, the parties stipulated to the dismissal on mootness grounds of all claims pleaded in Plaintiff's April 4, 2013 Complaint ("Complaint"), which stipulation the court so ordered on October 9, 2013;

WHEREAS, on September 5, 2014, Plaintiff filed a Motion for Attorneys' Fees and Reimbursement of Expenses;

WHEREAS, on February 12, 2014, the Court denied Plaintiff's request for attorneys' fees with respect to the derivative claims pleaded in Plaintiff's Complaint (Counts I, II and III), and provisionally granted Plaintiff's request for attorneys' fees with respect to the direct claims pleaded in Plaintiff's Complaint (Counts IV and V, the "Direct Claims"), pending an evidentiary hearing as to the amount;

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A), a "plaintiff may dismiss an action without court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[,]"; and

WHEREAS, no answer or motion for summary judgment has been filed by any of the named Defendants in this action;

**PLEASE TAKE NOTICE** that Plaintiff Sylvia Jurgelewicz, by and through her undersigned attorneys, hereby serves notice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) that she hereby voluntarily dismisses her request for attorneys' fees and reimbursement of expenses as it relates to the Direct Claims.

DATED this 12th day of March, 2014.

/s/ Steven J. Purcell

*Attorneys for Plaintiff*

Thomas E. Towe
Towe, Ball, Mackey, Sommerfeld
  & Turner, PLLP
2525 Sixth Avenue North
P.O. Box 30457
Billings, Montana 59107-0457
Phone: 406-258-7337
Fax: 406-248-2647
Email:      towe@tbems.com

*Of Counsel*
Eduard Korsinsky
Steven J. Purcell
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, New York 10004
Phone: 212-363-7500
Fax: 877-367-6510
Email:      ek@zlk.com
            spurcell@zlk.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2014, a copy of the foregoing document was served on the following persons by the following means:

1, 2, 3, 4 CM/ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. Clerk, U.S. District Court

2. Jason R. Ritchie
   Michael Manning
   Holland & Hart
   401 North 31st Street, Ste. 1500
   P.O. Box 639
   Billings, MT 59103-0639

3. John G. Crist
   Crist, Krogh & Nord, LLC
   The Securities Building
   2708 1st Avenue North, Ste. 300
   Billings, MT 59101

4. Samuel B. Issacson
   Thomas M. Thompson
   DLA Piper LLP
   204 North LaSalle Street, Ste. 1900
   Chicago, IL 60601

/s/ Steven J. Purcell

4830-5769-5001, v. 1