Thomas E. Towe, Esq.
Towe, Ball, Mackey, Sommerfeld
 & Turner, PLLP
2525 Sixth Avenue North
PO Box 30457
Billings, MT 59107-0457
Phone: 406-258-7337
Fax: 406-248-2647
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| SYLVIA JURGELEWICZ, derivatively on behalf of STILLWATER MINING COMPANY, and individually on behalf of himself and all other similarly situated shareholders of STILLWATER MINING COMPANY. <br><br> Plaintiff, <br><br> vs. <br><br> FRANCIS R. MCALLISTER, CRAIG L. FULLER, STEVEN S. LUCAS, MICHAEL SCHIAVONE, PATRICK M. JAMES, MICHAEL S. PARRETT, SHERYL K. PRESSLER, GEORGE M. BEE, and GARY M. SUGAR, <br><br> Defendants, <br><br> and <br><br> STILLWATER MINING COMPANY, | Civil Action No. 1:13-cv-00047-SEH <br><br><br><br><br><br><br><br> **NOTICE OF APPEAL** |

a Delaware Corporation,

                Nominal Defendant.

Notice is hereby given that Sylvia Jurgelewicz, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the denial of Plaintiff's request for attorneys' fees with respect to the derivative claims pleaded in Plaintiff's Complaint (Counts I, II and III) in the Order entered in this case on the 12th day of February, 2014.

Pursuant to a stipulation of the parties, this Court dismissed this lawsuit on October 9, 2013, but retained jurisdiction regarding the award of attorneys' fees. Plaintiff has withdrawn her claim for attorneys' fees not included in the denial of attorneys' fees by the February 12, 2014, Court Order. Thus, this Court's Order of February 12, 2014, is a final order of this Court subject to appeal. It is that Order which is the subject of this appeal.

DATED this 20th day of March, 2014.

                                    /s/ Thomas E. Towe

                                    *Attorneys for Plaintiff*

                                    Thomas E. Towe
                                    Towe, Ball, Mackey, Sommerfeld
                                        & Turner, PLLP
                                    2525 Sixth Avenue North
                                    P.O. Box 30457
                                    Billings, Montana 59107-0457

Phone: 406-258-7337
Fax: 406-248-2647
Email: towe@tbems.com

*Of Counsel*
Eduard Korsinsky
Steven J. Purcell
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, New York 10004
Phone: 212-363-7500
Fax: 877-367-6510
Email: ek@zlk.com
spurcell@zlk.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2014, a copy of the foregoing document was served on the following persons by the following means:

1, 2, 3, 4   CM/ECF
_____   Hand Delivery
_____   Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail

1.  Clerk, U.S. District Court

2.  Jason R. Ritchie
    Michael Manning
    Holland & Hart
    401 North 31st Street, Ste. 1500
    P.O. Box 639
    Billings, MT 59103-0639

3.  John G. Crist
    Crist, Krogh & Nord, LLC
    The Securities Building
    2708 1st Avenue North, Ste. 300
    Billings, MT 59101

4.  Samuel B. Issacson
    Thomas M. Thompson
    DLA Piper LLP
    204 North LaSalle Street, Ste. 1900
    Chicago, IL 60601

/s/ Thomas E. Towe

# REPRESENTATION STATEMENT

The undersigned represents Appellant-Plaintiff Sylvia Jurgelewicz in this matter. In compliance with F.R.A.P. 12(b) and Circuit Rule 3-2, the following is a list that identifies all parties and their counsel in this action.

| PARTY | COUNSEL |
|---|---|
| Plaintiff-Appellant Sylvia Jurgelewicz | Thomas E. Towe<br>Towe, Ball, Mackey, Sommerfeld<br>   & Turner, PLLP<br>2525 Sixth Avenue North<br>P.O. Box 30457<br>Billings, Montana 59107-0457<br>Phone: 406-258-7337<br>Fax: 406-248-2647<br>Email:       towe@tbems.com<br><br>Eduard Korsinsky (*pro hac vice*)<br>Steven J. Purcell (*pro hac vice*)<br>Levi & Korsinsky LLP<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Phone: 212-363-7500<br>Fax: 877-367-6510<br>Email:       ek@zlk.com<br>                   spurcell@zlk.com |
| Defendants-Appellees Francis R. McAllister, Craig L. Fuller, Steven S. Lucas, Michael Schiavone, Patrick M. James, Michael S. Parrett, Sheryl K. Pressler, George M. Bee and Gary A. Sugar | John G. Crist<br>Crist, Krogh & Nord, LLC<br>The Securities Building<br>2708 First Avenue North<br>Suite 300<br>Billings, MT 59101<br>Phone: 406-255-0400<br>Fax: 406-255-0697 |

| | |
|---|---|
| | Email: jcrist@cristlaw.com

Samuel B. Isaacson (*pro hac vice*)
Tomas M. Thompson (*pro hac vice*)
DLA Piper LLP (US)
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601
Phone: 312-368-2163
Fax: 312-251-5827
Email: samuel.isaacson@dlapiper.com
tom.thompson@dlapiper.com |
| Nominal Defendant-Appellee
Stillwater Mining Company | Jason S. Ritchie
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 150
Billings, MT 59101-1277
Phone: 406-252-2166
Fax: 406-252-1669
Email: jritchie@hollandhart.com |

DATED this 20th day of March, 2014.

       TOWE, BALL, MACKEY
        SOMMERFELD & TURNER, PLLP
       Attorneys for Plaintiff

       By: /s/ Thomas E. Towe
       Thomas E. Towe