**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVIA JURGELEWICZ, derivatively on behalf of Stillwater Mining Company, and individually on behalf of herself and all other similarly situated shareholders of Stillwater Mining Company,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>FRANCIS R. MCALLISTER; et al.,<br><br>Defendants-Appellees. | No. 14-35217<br><br>D.C. No. 1:13-cv-00047-SEH<br>District of Montana,<br>Billings<br><br><br>ORDER |

Before: TASHIMA, McKEOWN, and M. SMITH, Circuit Judges.

On July 5, 2016, Appellant Sylvia Jurgelewicz filed an unopposed motion to voluntarily dismiss the appeal. The parties have agreed that each side shall bear its own costs and fees on appeal.

The case is dismissed. Each side shall bear its own costs and fees on appeal. The copy of this order constitutes the mandate. The case is removed from the July 6, 2016, Seattle calendar.